IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**WAYNE TERRY,**

    Plaintiff,

**CASE NO. 19-CV-67**

v.

**PLATO CONSTRUCTION, LLC,** *et al.*,

    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Wayne Terry, and Defendants Plato Construction, LLC, Russell Plato, and Scott Plato ("Defendants") (collectively "Parties"), through their respective undersigned counsel, jointly file this Notice of Settlement. The Parties are currently working together to memorialize the terms of their agreement and anticipate filing a stipulation of dismissal of this matter with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) on or before May 31, 2019.

Dated this 24th day of April, 2019.

| Respectfully submitted, | Respectfully Submitted, |
|---|---|
| *s/ Mark A. Sauer* | *s/ Timothy P. Maynard* |
| Mark A. Sauer, SBN 1027949 | Timothy P. Maynard, SBN 1080953 |
| msauer@mzattys.com | tmaynard@hq-law.com |
| | Larry A. Johnson, SBN 1056619 |
| | ljohnson@hq-law.com |
| | Summer H. Murshid, SBN 1075404 |
| | smurshid@hq-law.com |
| | Claire G. Roehre, SBN 1103202 |
| | croehre@hq-law.com |
| **Mallery & Zimmerman, S.C.** | **Hawks Quindel, S.C.** |
| 500 Third Street | 222 E Erie Street |

| | |
|---|---|
| Suite 800 | Suite 210 |
| P.O. Box 479 | P.O. Box 442 |
| Wausau, WI 54402-0479 | Milwaukee, WI 53202 |
| (715) 845-8234 (office) | (414) 271-8650 (office) |
| (715) 848-1085 (facsimile) | (414) 271-8442 (facsimile) |
| **Attorneys for Defendants** | **Attorneys for Plaintiffs** |