UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**WAYNE TERRY,**

      **Plaintiff,**

vs.                                                  Case No. 19-CV-67

**PLATO CONSTRUCTION, LLC,** *et al.,*

      **Defendants.**

## NOTICE OF FED. R. CIV. P. 41 DISMISSAL

Plaintiff Wayne Terry, by and through his undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby requests that the above-captioned case be dismissed without costs to any party.

Dated this 24th day of May, 2019.

                                                 Respectfully Submitted,

                                                 **s/ *Timothy P. Maynard***
Larry A. Johnson, SBN 1056619
ljohnson@hq-law.com
Summer H. Murshid, SBN 1075404
smurshid@hq-law.com
Timothy P. Maynard, SBN 1080953
tmaynard@hq-law.com

**Hawks Quindel, S.C.**
222 E Erie Street, Suite 210
Milwaukee, WI 53202
(414) 271-8650 (office)
(414) 271-8442 (facsimile)

**Attorneys for Plaintiff**